**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 1:23-cv-24053-KMM

DOUG LONGHINI,

    Plaintiff,

v.

FLORIDA CITY PLAZA, INC., and LOS AZTECAS RESTAURANT CORP., d/b/a LOS AZTECAS RESTAURANT,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendants, FLORIDA CITY PLAZA, INC., and LOS AZTECAS RESTAURANT CORP., d/b/a LOS AZTECAS RESTAURANT, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this April 3, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | /s/ *Todd W. Shulby* |
| BEVERLY VIRUES, ESQ. | TODD W. SHULBY |
| Florida Bar No.: 123713 | Florida Bar No.: 068365 |
| GARCIA-MENOCAL, P.L. | TODD W. SHULBY, P.A. |
| 350 Sevilla Avenue, Suite 200 | 1792 Bell Tower Lane |
| Coral Gables, FL 33345 | Weston, FL 33326 |
| Telephone: (305) 553- 3464 | Telephone: (954) 530-2236 |
| Email: bvirues@lawgmp.com | Facsimile: (954) 530-6628 |
| *Counsel for Plaintiff* | Email: tshulby@shulbylaw.com |
| | *Counsel for Defendants* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 3, 2024.

                Respectfully submitted,

                **GARCIA-MENOCAL, P.L.**
                *Attorneys for Plaintiff*
                350 Sevilla Avenue, Suite 200
                Coral Gables, FL 33345
                Telephone: (305) 553-3464
                Primary E-Mail: bvirues@lawgmp.com
                Secondary E-Mail: amejias@lawgmp.com;
                aquezada@lawgmp.com

                By: _/s/ Beverly Virues_____
                      BEVERLY VIRUES