**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 1:23-cv-24053-KMM

DOUG LONGHINI,

    Plaintiff,

v.

FLORIDA CITY PLAZA, INC., and LOS
AZTECAS RESTAURANT CORP., d/b/a
LOS AZTECAS RESTAURANT,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, ("Plaintiff"), and Defendant, FLORIDA CITY PLAZA, INC., and LOS AZTECAS RESTAURANT CORP., d/b/a LOS AZTECAS RESTAURANT ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on May 30, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | /s/ *Todd W. Shulby* |
| BEVERLY VIRUES | TODD W. SHULBY |
| Florida Bar No. 123713 | Florida Bar No.: 068365 |
| GARCIA-MENOCAL, P.L. | TODD W. SHULBY, P.A. |
| 350 Sevilla Avenue, Suite 200 | 1792 Bell Tower Lane |
| Coral Gables, Fl 33134 | Weston, FL 33326 |
| Telephone: (305) 553- 3464 | Telephone: (954) 530-2236 |
| Email:  bvirues@lawgmp.com | Facsimile: (954) 530-6628 |
| *Counsel for Plaintiff* | Email: tshulby@shulbylaw.com |
| | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 30, 2024.

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail:  bvirues@lawgmp.com
Secondary  E-Mails: amejias@lawgmp.com; aquezada@lawgmp.com


By: ___*/s/ Beverly Virues*_____
       BEVERLY VIRUES
       Florida Bar No.: 123713